BENJAMIN B. WAGNER
United States Attorney
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:94-mj-02339-DLB |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| BRETT CHRISTOPHER KNIGHT, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elliott C. Montgomery, Special Assistant United States Attorney, hereby moves to dismiss the criminal complaint in the above captioned case, issued against Brett Christopher Knight, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

```
                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: August 13, 2013     By:    /s/ Elliott C. Montgomery
                                  ELLIOTT C. MONTGOMERY
                                  Special Assistant U.S. Attorney
```

- 1 -

**ORDER**

IT IS HEREBY ORDERED that the criminal complaint in the above captioned case, issued against Brett Christopher Knight, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: __August 15, 2013__   _____
UNITED STATES MAGISTRATE JUDGE